

| | | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARIA FERNANDA DECASTRO**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2658<br>Fax: (212) 356-3559<br>mdecastr@law.nyc.gov |

February 3, 2016

**VIA ECF**
Honorable Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Trojan Hart v. City of New York, et al., 15-CV-8233 (SAS)

Your Honor:

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced matter. Defendant City writes respectfully in response to the Court's Order dated December 7, 2015, granting a stay of this matter and directing the parties to submit a status report as to plaintiff's criminal prosecution.

By way of background, plaintiff alleges, *inter alia*, that on July 26, 2014, he was unlawfully arrested in Bronx County.  By letter dated December 4, 2015, this office requested a stay in this matter pending the resolution of the underlying criminal case against plaintiff.  On December 7, 2015, the Court granted this request and asked the parties to submit monthly status reports as to the status of the criminal case.

Upon information and belief, plaintiff's criminal case under Indictment No. 03915-2014 terminated on February 1, 2016 with the plaintiff being acquitted of the criminal charges.  As such, the undersigned respectfully requests that the stay of this matter be lifted.

1

Thank you for your consideration herein.

                                    Respectfully submitted,

                                            /s/

                                  Maria Fernanda DeCastro
                                  *Assistant Corporation Counsel*

cc:    <u>VIA FIRST CLASS MAIL</u>
        John Paul Deverna
        Deverna Law
        305 Broadway
        New York, NY 10007
        (212)-321-0025
        Email: jpd@mynylawyer.com